**Fill in this information to identify the case:**

Debtor 1: Martin Saltzman

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 18-24088

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank, not in its individual capacity but solely as owner trustee for Windsor Park Asset Holding Trust

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to Identify the debtor's account: 4300

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2020

**New total payment**
Principal, interest, and escrow, if any: $3,407.66

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $1,193.14        **New escrow payment:** $1,577.64

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** ____ %        **New interest rate:** ____ %

   Current **principal and interest payment:** $ ____    New **principal and interest payment:** $ ____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:** $ ____        **New mortgage payment:** $ ____

| | | | |
|---|---|---|---|
| Debtor 1 | Martin Saltzman | Case number *(if known)* | 18-24088 |
| | First Name   Middle Name   Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗   /s/ Peter C. Bastianen                                         Date   8/31/2020
      Signature

Print      Peter C. Bastianen                                      Title   Attorney for Creditor
           First Name   Middle Name   Last Name

Company    Codilis & Associates, P.C.

Address    15W030 North Frontage Road, Suite 100
           Number      Street

           Burr Ridge            IL          60527
           City                  State       ZIP Code

Contact phone   (630) 794-5300                                     Email   ND-Four@il.cslegal.com

File #14-19-04558

CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on August 31, 2020 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on August 31, 2020.

Marilyn O Marshall, Chapter 13 Trustee, 224 South Michigan Ste 800, Chicago, IL 60604 by electronic notice through ECF
Martin Saltzman , Debtor(s), 177 Tantallon Lane, Palatine, IL 60067
David P. Lloyd, Attorney for Debtor(s), 615B S. LaGrange Rd., LaGrange, IL 60525 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

                    /s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Terri M. Long ARDC#6196966
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
File #14-19-04558

NOTE: This law firm is a debt collector.



P.O. Box 19409
Charlotte, NC 28219-9409
**Important Escrow Information**

**Escrow Analysis Statement**
**Analysis Date 08/20/2020**

**PERSONAL INFORMATION REDACTED**

MARTIN L SALTZMAN
177 TANTALLON LN # 121
INVERNESS IL 60067-8015

| YOUR ACCOUNT INFORMATION | |
|---|---|
| Loan Number: | |
| Unpaid Principal Balance: | $351,776.37 |
| Interest Rate: | 4.2500% |
| Current Payment Amount: | $3,023.16 |
| Principal & Interest: | $1,830.02 |
| Escrow: | $1,193.14 |
| Additional Monthly Amounts* | $0.00 |
| **New Payment Amount:** | **$3,407.66** |
| Principal & Interest: | $1,830.02 |
| Escrow: | $1,313.16 |
| Shortage/Overage: | $264.48 |
| Additional Monthly Amounts* | $0.00 |
| New Payment Effective Date: | 10/01/2020 |

*Additional Monthly Amounts – This accounts for optional products, including, but not limited to: TotalProtect, SystemsProtect and ApplianceProtect home service plans, and ACE Disaster Mortgage Protection insurance.

Dear MARTIN L SALTZMAN,

Please see the important information below regarding your Escrow Account on the above referenced account.

**Important Bankruptcy Information**

**This statement is for information only. We are not trying to collect a debt against you personally.** Our records indicate that you recently filed for bankruptcy or you are already having a discharge. Although your legal duty to repay the loan may be discharged, we still have a lien on the property and the right to foreclose on the property if the loan is in default.

Please be advised that this is not an attempt to collect any pre-petition escrow advances, which have been previously included in the subject mortgagee's Proof of Claim and were approved to be paid through the Bankruptcy Plan. There is however, a post-petition shortage in the escrow account in the amount of $3,173.79 as of the date of this statement. This shortage amount only includes the required escrow cushion, if allowed by applicable law, and unpaid escrow amounts advanced on your behalf after the date of your bankruptcy filing. This shortage amount does not include any pre-petition taxes or pre-petition insurance premiums advanced on your behalf.

**What is an Escrow Account?**
Each month, a part of your monthly mortgage payment is deposited into your Escrow Account. We use this money to pay your Scheduled Disbursements for Taxes, Hazard Insurance, and/or Mortgage Insurance as they come due throughout the year. The amount we collect from you and deposit in your Escrow Account each month is 1/12 of the annual Scheduled Disbursements, plus any minimum balance requirement, sometimes called a 'cushion'.

For your property at 177 TANTALLON LN, INVERNESS, IL 60067, the cushion is equal to 0 months of the escrow payment.

| TABLE 1 - DISBURSEMENTS ON YOUR BEHALF IN THE UPCOMING YEAR | | |
|---|---|---|
| **Payee Name** | **Amount** | **Phone Number** |
| COOK COUNTY | $13,317.17 | 312-443-5100 |
| FARMERS EDI | $2,440.80 | |
| **Total Scheduled Disbursements** | **$15,757.97** | |

**What is an Escrow Account Shortage?**
If there is not enough money estimated to fully pay your Scheduled Disbursements plus meet any required minimum balances, then an Escrow Account Shortage will exist. Escrow Account Shortages are typically caused by changes in your taxes or insurance premiums.

**What are the results of my Annual Escrow Account Analysis?**
We've completed the analysis of your Escrow Account based on the activity for the period Nov 2019 - Sep 2020 (Table 2) and our analysis indicates your escrow account has an Escrow Account Shortage exists in the amount of $3,173.79.

The Unpaid Principal Balance (UPB) of your loan as of your last analysis on Nov 2019 was $357,505.62. The UPB of your loan as of this analysis is $351,776.37. Your UPB changed by $5,729.25.

**IMPORTANT:** If you are signed up for automatic payments through RoundPoint, the amount drawn from your account

**To pay your current shortage in full, please return this coupon with the amount due shown below**

MARTIN L SALTZMAN
177 TANTALLON LN # 121
INVERNESS IL 60067-8015

| Due Date | Amount Due |
|---|---|
| 10/01/2020 | $3,173.79 |

Mail to:
RoundPoint Mortgage Servicing Corporation
P.O. Box 674150
Dallas, TX 75267-4150

Loan Number:

**Important Information:**
Please use this coupon for escrow payments only.
Use of this coupon for funds not intended for
escrow may result in delayed payment posting.

will automatically call you once using a joining code to connect you over the phone to adjust your monthly payment amount.

## TABLE 2 - ACTUAL ESCROW ACCOUNT HISTORY

The table below reflects what actually happened in your escrow account since your last analysis compared to what we estimated would happen. Last year's estimates are next to the actual activity.

| Month | Description | Payments Estimated | Payments Actual | Disbursements Estimated | Disbursements Actual | Estimated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | Starting Balance $2,086.01 | | | | |
| November | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $3,179.59 | $3,279.15 |
| December | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $4,273.17 | $4,472.29 |
| January | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $5,366.75 | $5,665.43 |
| February | County Tax | $1,093.58 | $1,193.14 * | $5,803.58 * | $5,919.93 | $656.75 | $938.64 |
| March | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $1,750.33 | $2,131.78 |
| April | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $2,843.91 | $3,324.92 |
| May | Contents Pol | $1,093.58 | $1,193.14 * | $0.00 * | $2,440.80 | $3,937.49 | $2,077.26 |
| June | Contents Pol | $1,093.58 | $1,193.14 * | $2,359.41 * | $0.00 | $2,671.66 | $3,270.40 |
| July | County Tax | $1,093.58 | $1,193.14 * | $4,959.92 * | $7,397.24 | $-1,194.68 | $-2,933.70 |
| August | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $-101.10 | $-1,740.56 |
| September E | Deposit | $1,093.58 | $1,193.14 * | $0.00 | $0.00 | $992.48 | $-547.42 |
| October | Deposit | $1,093.58 | $0.00 * | $0.00 | $0.00 | $2,086.06 | $-547.42 |
| | | $13,122.96 | $13,124.54 | $13,122.91 | $15,757.97 | $2,086.06 | $-547.42 |

An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

### TOTAL DISBURSEMENTS FROM ESCROW ACCOUNT

| | |
|---|---|
| **Taxes*** | $13,317.17 |
| **Insurance*** | $2,440.80 |
| **Mortgage Insurance*** | $0.00 |
| **Other Charges*** | $0.00 |

*Indicates the total amount you have paid out of your escrow account for over the last 12 months.

## TABLE 3 - EXPECTED ESCROW ACTIVITY OVER THE NEXT 12 MONTHS

The table below shows a month by month activity we expect will occur in your escrow account over the next 12 months. This shows the estimated low balance point that is used to calculate an escrow shortage or surplus.

| Month | Description | Payment Estimate | Disbursement Estimate | Estimated Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | | | Starting Balance $-547.42 | | | |
| October | Deposit | $1,313.16 | $0.00 | $765.74 | $0.00 | **$765.74** |
| November | Deposit | $1,313.16 | $0.00 | $2,078.90 | $0.00 | **$2,078.90** |
| December | Deposit | $1,313.16 | $0.00 | $3,392.06 | $0.00 | **$3,392.06** |
| January | Deposit | $1,313.16 | $0.00 | $4,705.22 | $0.00 | **$4,705.22** |
| February | County Tax Disbursement | $1,313.16 | $5,919.93 | $98.45 | $0.00 | **$98.45** |
| March | Deposit | $1,313.16 | $0.00 | $1,411.61 | $0.00 | **$1,411.61** |
| April | Deposit | $1,313.16 | $0.00 | $2,724.77 | $0.00 | **$2,724.77** |
| May | Deposit | $1,313.16 | $0.00 | $4,037.93 | $0.00 | **$4,037.93** |
| June | Insurance Disbursement | $1,313.16 | $2,440.80 | $2,910.29 | $0.00 | **$2,910.29** |
| July | County Tax Disbursement | $1,313.16 | $7,397.24 | $-3,173.79 | $0.00 | **$-3,173.79** |
| August | Deposit | $1,313.16 | $0.00 | $-1,860.63 | $0.00 | **$-1,860.63** |
| September | Deposit | $1,313.16 | $0.00 | $-547.47 | $0.00 | **$-547.47** |

We expect that during the next 12 months, we will make the total of $15,757.97 disbursements from your account. Your lowest estimated balance is $-3,173.79. Your required minimum balance is $0.00. This means that you have a Shortage in the amount of $3,173.79.

**IF YOUR LOAN INCLUDES PRIVATE MORTGAGE INSURANCE (PMI)**
**PLEASE READ THIS IMPORTANT INFORMATION**

Private Mortgage Insurance: Your mortgage loan requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Private mortgage insurance may, under certain circumstances, be canceled by the mortgagor (with consent of the mortgagee or in accordance with applicable state law). Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

Borrower Requested Cancellation of PMI: Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence, you have the right to request that PMI be cancelled on or after either of these dates: (1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or (2) the date the principal balance actually reaches 80% of the original value of the property. PMI will only be cancelled on these dates if (1) you submit a written request for cancellation: (2) you have a good payment history: and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed. Automatic Termination of PMI: Under the Homeowners Protection Act of 1998, if your loan closed on or after July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home: The conditions for cancelling mortgage insurance for mortgages closed before July 29,1999 are not statutory under federal law, they may be changed at the lender's discretion (unless otherwise required by state law).

If you have any questions or concerns: Please call us at 877-426-8805 to speak with one of our friendly customer service representatives. Written requests for cancellation can be sent to PO Box 19049, Charlotte NC 28219-9409.

To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please write to us at:

RoundPoint Mortgage Servicing Corporation
P.O. Box 19789
Charlotte, NC 28219-9409

Federal law requires us to advise you that RoundPoint Mortgage Servicing Corporation (NMLS ID# 18188) is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy proceeding, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect indebtedness as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

**NOTICE TO CUSTOMERS:** RoundPoint Mortgage Servicing Corporation may report information about your mortgage account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**FOR SUCCESSORS IN INTEREST:** Confirmed successors in interest to borrowers named on the Note are not liable for repayment of the debt of the original named borrower unless and until the successor assumes the loan obligation pursuant to applicable law.